175 A.3d 155

MARGARET BELL, PLAINTIFF–RESPONDENT, v. RICHARD C. KLEIN, ESQUIRE, RICHARD C. KLEIN, P.C., AND SPECTOR, GADON & ROSEN, DEFENDANTS–PETITIONERS.

C–244 September Term 2017
079865

October 26, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003523–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.